UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VICTORY MARITIME INC., et al., )
                               )
            Plaintiffs,        )
                               )
        v.                     )   Civil Action No. 01-00381 RWR
                               )   (Consolidated Cases)
DONALD PRESSLEY, et al.,       )
                               )
            Defendants.        )
                               )
_____)

ORDER

Upon consideration of the final status report and the entire record in this and the consolidated cases, it is this 11th day of April, 2005,

ORDERED that <u>Victory Maritime, Inc. v. Pressley</u>, 01cv00381 RWR (the lead case), is hereby dismissed without prejudice; and it is further

ORDERED that <u>Liberty Shipping Group Limited Partnership v. Carlton</u>, 01cv00739 RWR, is hereby dismissed without prejudice; and it is further

ORDERED that <u>Gulfcoast Transit Company v. Carlton</u>, 01cv00768 RWR, is hereby dismissed without prejudice.

/s/ 
UNITED STATES DISTRICT JUDGE